IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMAL WRIGHT                          :          CIVIL ACTION
                                      :
    v.                                :
                                      :
MARIROSA LAMAS, et al.                :          NO. 13-6420

ORDER

AND NOW, this 22nd day of April, 2015, upon consideration of petitioner Jamal Wright's pro se petition for writ of habeas corpus (docket entry #1), our Order referring this matter to the Hon. Richard A. Lloret for a report and recommendation (docket entry #9), and that report and recommendation (docket entry #26), to which petitioner did not object within the period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Lloret that the petition was untimely filed pursuant to 28 U.S.C. § 2254(d), there is no basis to equitably toll the statute of limitations, and jurists of reason would not debate the correctness of this procedural ruling, see Slack v. McDaniel, 529 U.S. 473, 484 (2000), it is hereby ORDERED that:

1.      Judge Lloret's report and recommendation (docket entry #5) is APPROVED and ADOPTED;

2.      Petitioner's pro se petition for writ of habeas corpus (docket entry #1) is DENIED WITH PREJUDICE;

3.      We DECLINE to issue a certificate of appealability; and

4.      The Clerk of Court shall CLOSE this case statistically.


                                      BY THE COURT:


                                      /s/ Stewart Dalzell, J.