6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMAL WRIGHT | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| MARIROSA LAMAS, | : | NO. 13-cv-06420-WB |

FILED
MAY 11 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

AND NOW this 11th day of May, 2018, upon careful and independent consideration of Jamal Wright's petition for writ of habeas corpus (Doc. No. 1, 44), the Commonwealth's response in opposition (Doc. No. 60), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;
2. The Stipulation of the Parties is attached to and incorporated in the terms of this Order;
3. Wright's Petition for Writ of Habeas Corpus is CONDITIONALLY GRANTED by separate Judgment, filed contemporaneously with this Order. *See* Federal Rule of Civil Procedure 58(a); Rules Governing Section 2254 Cases in the United States District Courts, Rule 12; and,
4. The Clerk of Court shall mark this file closed.

BY THE COURT:

HON. WENDY BEETLESTONE
U.S. District Judge