6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL WRIGHT | : CIVIL ACTION |
| v. | : |
| MARIROSA LAMAS, | : NO. 13-cv-06420-WB |

## JUDGMENT

In accordance with the Court's separate Order, filed contemporaneously with this Judgment, on this 11th day of May, 2018,

**JUDGMENT IS ENTERED CONDITIONALLY GRANTING** plaintiff's Petition for Writ of Habeas Corpus.

Within 90 days of the date of the entry of this Judgment, the Court of Common Pleas of the Commonwealth of Pennsylvania shall vacate petitioner's convictions and sentences in *Commonwealth v. Wright*, CP-51-CR-0710141-2000, for the offenses of first-degree murder and criminal conspiracy.

Also within 90 days of the date of the entry of this Judgment, Petitioner will plead guilty to charges of third-degree murder and criminal conspiracy and be sentenced to a cumulative sentence of no greater than 17 to 34 years' imprisonment in *Commonwealth v. Wright*, CP-51-CR-0710141-2000.

SO ORDERED

_____
WENDY BEETLESTONE
U.S. District Court Judge

FILED
MAY 11 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk