**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMAL WRIGHT,<br>          **Petitioner,**<br><br>     **v.**<br><br>MARIROSA LAMAS, THE DISTRICT<br>ATTORNEY OF THE COUNTY OF<br>PHILADELPHIA AND THE ATTORNEY<br>GENERAL OF THE STATE OF<br>PENNSYLVANIA,<br>          **Respondent.** | CIVIL ACTION<br><br><br><br><br>NO.  13-6420 |

**O R D E R**

**AND NOW** this 15th day of August, 2018, upon consideration of the attached Order

*Commonwealth of Pennsylvania v. Jamal Wright* CP-51-CR-0710141-2000, **IT IS HEREBY**

**ORDERED** that the above captioned case is referred to the Honorable Richard A. Lloret, United

States Magistrate Judge, for a Report and Recommendation,


                                        **BY THE COURT:**


                                        **/s/Wendy Beetlestone, J.**


                                        _____

                                        **WENDY BEETLESTONE, J.**

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY  FILED
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CRIMINAL                    2018 JUL 31 PM 2: 42

COMMONWEALTH OF PENNSYLVANIA    :    CRIMINAL DIVISION OFFICE OF JUDICIAL RECORDS
                                :                     CRIMINAL DIVISION
                                :                     FIRST JUDICIAL DISTRICT
        vs.                     :                     OF PENNSYLVANIA
                                :
JAMAL WRIGHT                    :    CP-51-CR-0710141-2000


# ORDER

AND NOW, this 31st day of July, 2018, after a status hearing held on July 26, 2018, to

consider the Judgement and Order issued on May 11, 2018, by the Honorable Wendy Beetlestone,

of the U.S. District Court for the Eastern District of Pennsylvania, in the matter of Jamal Wright

v. Marirosa Lamas, Civil Action No. 13-cv-06420-WB.[1]

This Court finds that the Philadelphia Court of Common Pleas, First Judicial District of the

Commonwealth of Pennsylvania has no authority to vacate the Defendant Jamal Wright's

conviction and sentence entered in the above captioned matter, pending a determination that: (1)

the Defendant's petition seeking *Habeas Corpus* Relief pursuant to 28 U.S.C.§ 2254, filed on

November 1, 2013, is properly before the U.S. Eastern District Court for consideration; and, if so,

(2) the U.S. District Court's determination on the merits of the Defendant's claim for Habeas

Corpus Relief.

---

[1] On July 25, 2018, the Commonwealth filed a "Notice Pursuant to Rule 1.12(c)(2) of the Pennsylvania
Rules of Professional Conduct" in the Court of Common Pleas which stated that the former trial judge
and the defendant's trial counsel are now employed by the Philadelphia District Attorney's Office.
This information was known months before the Stipulation and Order, dated May 4, 2018, was executed.
Based upon counsels' representations at the status hearing, it does not appear that this information was
disclosed to the federal court during the *Habeas Corpus* proceedings. A copy of the "Notice Pursuant to
Rule 1.12(c)(2) of the Pennsylvania Rules of Professional Conduct" is attached.

**Accordingly**, pending the outcome of further proceedings before the U.S. District Court

for Eastern District of Pennsylvania, the Defendant's conviction and sentence stand.

BY THE COURT:

HONORABLE KATHRYN STREETER LEWIS
Senior Judge
Court of Common Pleas, Philadelphia County

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA   :    CRIMINAL DIVISION

          vs.                      :

JAMAL WRIGHT                     :    CP-51-CR-0710141-2000

**Certification of Service**

AND NOW, to wit this       day of July, 2018, I do hereby certify that I am serving this Order upon, Defendant's counsel, the Philadelphia District Attorneys, Counsel for the Superintendent Marirosa Lamas, the Honorable Wendy Beetlestone, and the Honorable Richard A. Lloret.by mail in accordance with Pa.R.Crim.P.114.

BY THE COURT:

HONORABLE KATHRYN STREETER LEWIS
Senior Judge
Court of Common Pleas, Philadelphia County

**Commonwealth v. Jamal Wright**          **CP-51-CR-0710141-2000**

## PROOF OF SERVICE

I hereby certify that I am this day serving the foregoing Court Order upon the person(s), and in the manner indicated below, which service satisfies the requirements of Pa.R.Crim.P.114:

**District Attorney:**

>           Andrew Wellbrock and Patricia Cummings
>           Assistant District Attorneys
>           Office of the District Attorney
>           Three South Penn Square
>           Philadelphia, Pa 19107-3499

Type of Service:          (**X**) Personal ( ) First Class Mail ( ) Other, please specify:

**Defendant's Counsel:**

>           Jonathan H. Feinberg, Esquire
>           Kairys, Rudovsky, Messing, Feinberg & Lin, LLP
>           718 Arch Street, #501S
>           Philadelphia, Pa 19106

Type of Service:          ( ) Personal (**X**) First Class Mail ( ) Other, please specify:

**U.S. Eastern District Court of Pennsylvania:**

>           The Honorable Wendy Beetlestone
>           United States District Court for the Eastern District of
>           Pennsylvania
>           James A. Bryne US Courthouse
>           601 Market Street, Room 3809
>           Philadelphia, Pa 19106

Type of Service:          ( ) Personal (**X**) First Class Mail ( ) Other, please specify:

>           The Honorable Richard A. Lloret
>           United States District Court for the Eastern District of
>           Pennsylvania
>           James A. Bryne US Courthouse
>           601 Market Street, Room 4006
>           Philadelphia, Pa 19106

Type of Service:          ( ) Personal (**X**) First Class Mail ( ) Other, please specify:

**Counsel for Superintendent Marirosa Lamas, Respondent:**

> Darby G. Sullivan
> Assistant District Attorney
> Office of the District Attorney
> Three South Penn Square
> Philadelphia, Pa 19107-3499

Type of Service:    (**X**) Personal ( ) First Class Mail ( ) Other, please specify:

**Dated: July 31, 2018**

RECEIVED
07/25/2018 01:53:29 PM
ACTIVE CRIMINAL RECORDS
CRIMINAL MOTION COURT
By: A. PHI

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
CRIMINAL SECTION TRIAL DIVISION**

| | | |
|---|---|---|
| COMMONWEALTH | : | CP-51-CR-0710141-2000 |
| | : | |
| v. | : | |
| | : | |
| JAMAL WRIGHT | : | |

**NOTICE PURSUANT TO RULE 1.12(c)(2) OF THE
PENNSYLVANIA RULES OF PROFESSIONAL CONDUCT**

TO THE HONORABLE JUDGE OF SAID COURT:

It has been determined that First Assistant District
Attorney Carolyn Temin and Assistant District Attorney Paul
George participated personally and substantially as a judge
and defense counsel, respectively, in the above-captioned
matter. Accordingly, pursuant to Rule. 1.12(c)(2) of the
Pennsylvania Rules of Professional Conduct, this written
notice is being provided to all parties and the Court that
they have been disqualified and screened from any
participation in this matter.

Andrew Wellbrock
Assistant District Attorney
Philadelphia District
Attorney's Office
Three South Penn Square
Philadelphia, PA 19107

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
CRIMINAL SECTION TRIAL DIVISION**

COMMONWEALTH         :     CP-51-CR-0710141-2000

                       :

         v.             :

                       :

JAMAL WRIGHT         :

---

## CERTIFICATE OF SERVICE

I, ANDREW WELLBROCK, hereby certify that on July 25, 2018, a copy of the foregoing Notice of Appearance was served electronically to:

>
> Jonathan H. Feinberg, Esq.
> 718 Arch Street
> Suite 501 South
> Philadelphia, PA 19106

>
> Andrew Wellbrock
> Assistant District Attorney
> Philadelphia District
> Attorney's Office
> Three South Penn Square
> Philadelphia, PA 19107
> (215) 686-8738