# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL WRIGHT,<br>    Petitioner,<br><br>v.<br><br>MARIROSA LAMAS, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA AND THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>    Respondent. | CIVIL ACTION<br><br><br><br>NO. 13-6420 |

# O R D E R

**AND NOW** this 19th day of November, 2018, **IT IS HEREBY ORDERED** that the above captioned case is referred to the Honorable Richard A. Lloret, United States Magistrate Judge, for a Report and Recommendation, and,

**IT IS FURTHER ORDERED** that as per Local Civil Rule 72.1.IV(c), all issues and evidence shall be presented to the United States Magistrate Judge, and that new issues and evidence shall not be raised after the filing of the Report and Recommendation if they could have been presented to the United States Magistrate Judge.

                                          **BY THE COURT:**

                                          /s/Wendy Beetlestone, J.

                                          _____

                                          **WENDY BEETLESTONE, J.**