**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMAL WRIGHT | : | CIVIL ACTION |
| v. | : | |
| MARIROSA LAMAS, | : | NO. 13-cv-06420-WB |

FILED
APR - 3 2019

**ORDER**

Upon consideration of Mr. Wright's petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus [ECF Doc. 1], his Memorandum of Law [ECF Doc. 44], and the response thereto [ECF Doc. 60] as well as the joint motion of the parties [ECF Doc. 104] and amended joint motion [ECF Doc. 111], and after careful and independent consideration of the record and of the Report and Recommendation of United State Magistrate Judge Richard A. Lloret, it is on this 3rd day of, April, 2019 **ORDERED**

1) that the Report and Recommendation is **APPROVED** and **ADOPTED**;

2) that the Court's Order of May 11, 2018 [ECF Doc. 90] and the Court's Judgment of May 11, 2018 [ECF Doc. 91] are **VACATED**; and

3) that **JUDGMENT** be entered by separate document conditionally **GRANTING** and **REQUIRING** the Commonwealth to release Mr. Wright from custody unless he is retired on or before 90 days from the entry of the **JUDGMENT** subject to the parties' agreeing to extend this deadline or upon a showing of good cause.

SO ORDERED:

_____
WENDY BEETLESTONE
U.S. District Court Judge